UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Damien Antwan Richardson            Docket No. 5:09-CR-209-1FL

**Petition for Action on Supervised Release**

    COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Damien Antwan Richardson, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine and 5 Grams or More of Cocaine Base (Crack), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on March 29, 2010, to the custody of the Bureau of Prisons for a term of 126 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 96 months. Amended Judgments were ordered on January 21, 2014, and May 20, 2015, which shortened the prison sentence to 120 months incarceration and the period of supervised release to 4 years.

    Damien Antwan Richardson was released from custody on November 20, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    As Mr. Richardson currently resides and is being supervised in the Middle District of North Carolina, his supervising United States Probation Officer is requesting that the court modify his conditions to allow for a drug testing/treatment condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to substance abuse testing, at any time, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Erica W. Foy<br>Erica W. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8665<br>Executed On: November 27, 2017 |

**Damien Antwan Richardson**
**Docket No. 5:09-CR-209-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __28th__ day of __November__, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge